Rebecca J. Hozubin
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, AK 99501
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: rebecca@wilkersonlaw.net
AK Bar #9806016

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELLIOTT McGAULEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |
| | ) Case No. 3:10-cv-_____ |

## NOTICE OF REMOVAL

Defendant/removing party, Government Employees Insurance Company ("GEICO"), through its attorneys, Wilkerson Hozubin, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446-48, hereby files its Notice of Removal of the above-entitled action.

1. On May 5, 2010, plaintiffs commenced the above-entitled action against defendant in the Superior Court for the State of Alaska, Third Judicial District, Case Number 3AN-10-7293 Civil. GEICO was notified of the lawsuit when it received notice from the Division of Insurance that the Division had accepted service of the Complaint on May 14, 2010.

WILKERSON HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Case 3:10-cv-00128-TMB   Document 1   Filed 06/14/10   Page 1 of 3

2. Copies of process (Exhibit A) and the Complaint (Exhibit B) in the Superior Court are filed herewith pursuant to 28 U.S.C. §1446(a).

3. Pursuant to 28 U.S.C. §1332(a)(1), Federal District Courts "have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states."

4. For the purposes of determining diversity, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. §1332(c)(1); *see also*, Fifty Assoc. v. Prudential Ins. Co. of Am., 446 F.2d 1187, 1190 (9th Cir. 1970). Individuals are deemed to be citizens of the State of their domicile. Law v. Moss, 797 F.2d 747, 749 (9th Cir. 1986).

5. Plaintiff is a resident of the State of Alaska and is, therefore, deemed to be a citizen of Alaska. Defendant, GEICO, is a corporation incorporated and existing under the laws of the State of Maryland, with its principal place of business in the State of Maryland, and is, therefore, deemed to be a citizen of Maryland. The amount in controversy in the above-entitled action, exclusive of costs and interest, exceeds $75,000. The

**WILKERSON HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Complaint is filed in Alaska Superior Court which, pursuant to A.S. 22.10.020 and A.S. 22.15.030, the Superior Court has jurisdiction in matters that exceed $100,000. Additionally, plaintiff is seeking in excess of $100,000 of damages in his Complaint.

WHEREFORE, defendant/removing party, GEICO, respectfully requests that this action be removed from the Superior Court for the State of Alaska to the United States District Court for the District of Alaska.

DATED this 14th day of June, 2010.

    WILKERSON HOZUBIN
    Attorneys for Defendant GEICO

By: /s/ Rebecca J. Hozubin
Rebecca J. Hozubin
AK Bar No. 9806016
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, AK 99501
(907) 276-5297 Telephone
(907) 276-5291 Facsimile

CERTIFICATE OF SERVICE
I hereby certify that on the
14th day of June, 2010, a true
and correct copy of the foregoing
was electronically served and mailed
to the following:

Timothy J. Lamb, Esq.
Delaney Wiles, Inc.
1007 West Third Avenue
Suite 400
Anchorage AK 99501

WILKERSON HOZUBIN

By: /s/ Rebecca J. Hozubin

2000/379/plead/Notice of Removal-Federal Court