Rebecca J. Hozubin
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, AK 99501
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: rebecca@wilkersonlaw.net
AK Bar #9806016

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELLIOTT MCGAULEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GOVERNMENT EMPLOYEES )<br>INSURANCE COMPANY, )<br>)<br>Defendant. )<br>_____) | Case No. 3:10-cv-00128-TMB |

**STIPULATION TO DISMISS WITH PREJUDICE**

The parties, through counsel, hereby stipulate and agree that any and all claims asserted, or that could have been asserted, by plaintiff against defendant are to be dismissed with prejudice, with each party to bear its own costs and attorney fees.

DATED this 6th day of December, 2010.

WILKERSON HOZUBIN
Attorneys for Defendant GEICO

By: _____
Rebecca J. Hozubin
AK Bar No. 9806016

WILKERSON
HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Case 3:10-cv-00128-TMB   Document 17   Filed 12/06/10   Page 1 of 2

DATED this 2nd day of December, 2010.

DELANEY WILES, INC
Attorney for Plaintiff

By: /s/ Tim Lamb
Timothy J. Lamb
AK Bar No. 8409080

CERTIFICATE OF SERVICE
I hereby certify that on the
6th day of December, 2010, a true
and correct copy of the foregoing
was electronically served on the
following:

Timothy J. Lamb, Esq.
Delaney Wiles, Inc.
1007 West Third Avenue
Suite 400
Anchorage, AK  99501


WILKERSON HOZUBIN

By:  /s/ Rebecca J. Hozubin

2000/379/plead/Stip to Dismiss

**WILKERSON HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Stipulation To Dismiss with Prejudice
McGauley v. GEICO
Case No. 3:10-cv-00128-TMB
Page 2

Case 3:10-cv-00128-TMB   Document 17   Filed 12/06/10   Page 2 of 2